UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>RANDOLPH P. BROWN,<br>Defendant | NO.  CR 21-058 RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEOCONFERENCE |
|---|---|

THE COURT has considered Mr. Brown's unopposed motion to proceed with a guilty plea by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in Mr. Brown's motion and that a video or telephonic guilty plea hearing may take place as soon as practical, because further delays in this case would cause "serious harm to the interests of justice," see General Order No. 04-20 (extended by General Order 16-21), for the reasons set forth in Mr. Brown's motion.  Accordingly,

1

Order Granting Motion to Enter Plea by Video

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

1  THE COURT ORDERS that the parties may proceed with a plea hearing by
2  telephone and/or video conference, consistent with current procedures established by
3  this Court, and directs the parties to consult with one another and the Court to
4  schedule such a hearing at a mutually acceptable date and time.

    IT IS SO ORDERED.

    DATED this 28th day of January 2022.

                                     RICARDO S. MARTINEZ
                                     CHIEF UNITED STATES DISTRICT
                                     JUDGE

Order Granting Motion to Enter Plea by Video                  PHIL BRENNAN, Esq.
                                                                                        P.O. Box 20432
                                                                                          Seattle, WA 98102
                                                                                           (206) 372-5881