UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>RANDOLPH P. BROWN,<br>Defendant | NO.   CR 21-058 RSM<br><br>Order Sealing Declaration of Phil Brennan |
|---|---|

Randy Brown, through counsel, moves the Court to seal the Declaration of Phil Brennan.  The Court has reviewed this Declaration and GRANTS the motion.  The Court finds that the information contained in this Declaration is sensitive and Mr. Brown's right to privacy outweighs the public's right to view the same.

DATED this 23rd day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Sealing Dec. of Brennan     1     PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881